IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL ELEVATOR   :
INDUSTRY PENSION FUND, et al.        :
                                     :
v.                                   :   NO. 24-cv-4233
                                     :
PEAK ELEVATOR LLC, RANDY MCGINNIS   :

JUDGMENT

BEFORE YOUNGE, J.

AND NOW, to wit, this 2nd day of October, 2024, in accordance with confessions of judgment and averment of default, filed this day, judgment by confession is hereby entered in favor of plaintiffs' and against the defendants, Peak Elevator LLC, Randy McGinnis in the sum of $215,122.49.

BY THE COURT:

ATTEST:

s/Nicole Durso
Deputy Clerk

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 12-10-2024
ATTEST: _____
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA